■ PEOPLE OF THE STATE OF NEW YORK ex rel. ROSEMARY CHINYE OKOLIE TORIOLA, on Behalf of THERESA OGOLI OKOLIE, Petitioner, v LITTLE NECK NURSING HOME et al., Respondents. [956 NYS2d 904]—Writ of habeas corpus in the nature of an application to release Theresa Ogoli Okolie from the respondents' custody. Application by the petitioner for leave to prosecute the proceeding as a poor person.

Ordered that the application is granted to the extent that the filing fee is waived and the application is otherwise denied as academic; and it is further,

Adjudged that the writ is dismissed, without costs or disbursements.

The petitioner has not established her right to habeas corpus relief (*see generally State of New York ex rel. Headley v Connor*, 87 AD2d 511 [1982]). Mastro, J.P., Lott, Austin and Sgroi, JJ., concur.

(January 11, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TODD D. GREENBERG, on Behalf of JOSEPH BEER, Petitioner, v WARDEN, NASSAU COUNTY CORRECTIONAL FACILITY, Respondent. [956 NYS2d 921]—Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County indictment No. 12-1835.

Adjudged that the writ is sustained, without costs or disbursements, bail is granted in the sum of $250,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $250,000 as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $250,000 or has deposited the sum of $250,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Mastro, J.P., Skelos, Leventhal and Chambers, JJ., concur.